1  SO. CAL. EQUAL ACCESS GROUP
   Jason J. Kim (SBN 190246)
2  Jason Yoon (SBN 306137)
   Kevin Hong (SBN 299040)
3  101 S. Western Ave., Second Floor
   Los Angeles, CA 90004
4  Telephone: (213) 252-8008
   Facsimile: (213) 252-8009
5  scalequalaccess@yahoo.com

6  Attorneys for Plaintiff,
   MARIA GARCIA

7

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA GARCIA, | Case No.: 2:23-cv-07784-MEMF (MARx) |
| Plaintiff, | **NOTICE OF SETTLEMENT OF ENTIRE CASE** |
| vs. | |
| HAPPY HOURS BAR & GRILL, INC.; ANTHONY LING; and DOES 1 to 10, | |
| Defendants. | |

Notice is hereby given that Plaintiff MARIA GARCIA ("Plaintiff") and Defendants have settled the above-captioned matter as to the entire case.  Parties request that the Court grant thirty (30) days from the date of this filing for Plaintiff to file dispositional documents in order to afford Parties time to complete settlement.

DATED:  June 4, 2024                    **SO. CAL EQUAL ACCESS GROUP**

                                        _/s/ Jason J. Kim_
                                        JASON J. KIM
                                        Attorney for Plaintiff